**GRANTLEY PATENT HOLDINGS, LTD., Plaintiff–Appellee,**

v.

**CLEAR CHANNEL COMMUNICATIONS, INC., Clear Channel Management Services, LP (doing business as LAN International), Ackerley Broadcasting Fresno, Inc., Ackerley Broadcasting Operations, LLC, AMFM Broadcasting, Inc., Capstar Radio Operating Company, Citicasters Company, Clear Channel Broadcasting, Inc., Jacor Broadcasting Corporation, and Jacor Broadcasting of Colorado, Defendants–Appellants.**

No. 2008–1508.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2009.

ON MOTION

*ORDER*

The parties move jointly to dismiss this appeal and state that the parties agree that any costs will be borne by Defendants–Appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Costs shall be borne by Defendants–Appellants.